IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KERRY E. WILLIAMS,

    Defendant.

Case No. 3:00cr035 (3)

JUDGE WALTER HERBERT RICE

---

ENTRY FINDING DEFENDANT IN VIOLATION OF HIS RE-RE-REIMPOSED PERIOD OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On December 12, 2011, the Defendant, having previously been found in violation of his re-re-reimposed period of supervised release, appeared in open Court for final disposition.

Pursuant to the record made on that date and at that time, the Court revoked the Defendant's re-re-reimposed period of supervised release and remanded him to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of four months, with no reimposed period of supervised release to follow.

It is the order of this Court that the Defendant be given credit for all

allowable presentence jail time, to wit: from September 22, 2011. Moreover, it is this Court's recommendation to the Bureau of Prisons that the Defendant serve what remains of his four month sentence at the Montgomery County Jail.

Following the above, the Defendant was orally explained his right of appeal and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

December 16, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

William Schenck, AUSA
Vince Popp, Esq.
Victoria Howard, U. S. Probation Officer